**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**GABRIEL LAMAR OLIVER**,

    Petitioner,

v.                                                            2:26-cv-1457-KCD-KRH

**STATE OF FLORIDA** AND
**DEPARTMENT OF CORRECTIONS**,

    Respondents.

---

### ORDER

Plaintiff Gabriel Lamar Oliver's request to proceed in forma pauperis (Doc. 2) is **GRANTED** to the extent that the case may proceed without the prepayment of the filing fee. Oliver is ultimately responsible for the entire $350 filing fee. *See* 28 U.S.C. § 1915(b)(1).

As funds become available in Oliver's prison account, he must make monthly payments of twenty percent of the preceding month's income credited to the account (that is, all funds deposited into the account). Upon receipt of this order, the agency with custody of Oliver must forward monthly payments from his account to the clerk each time the amount in the account exceeds $10. The payments must continue until the filing fee of $350 is paid in full. The following information must either be included on the face of the check from the penal institution, cashier's check, or money order or attached to it: (1) the full

name of the prisoner (Gabriel Lamar Oliver); (2) the prisoner's inmate number (W06743); and (3) case number (2:26-cv-1457-KCD-KRH). Payments without this information will be returned to the penal institution.

Oliver is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf. If he is transferred to another facility, he must ensure that the new facility is informed about this case and the required monthly payments. He should keep a copy of this order for that purpose.

Additionally, Oliver's request for documents (Doc. 6) is **DENIED as moot**, as the docket reflects that on May 26, 2026, the Clerk of Court provided Oliver with a courtesy copy of the docket sheet and a copy of the Court's 28 U.S.C. § 2241 form.

The **Clerk of Court** shall mail a copy of this order to the Charlotte Correctional Institution, Inmate Trust Department.

**ORDERED** on June 16, 2026.

Kyle C. Dudek
United States District Judge